E649tzvs                    Sentence

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

       v.                          10 CR 0336 (LAK)

DANIEL TZVETKOFF,

       Defendant.

------------------------------x

                    New York, N.Y.
                    June 4, 2014
                    11:16 a.m.

Before:

           HON. LEWIS A. KAPLAN

                  District Judge

             APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
ARLO DEVLIN-BROWN
    Assistant United States Attorney

LAW OFFICES OF ROBERT M. GOLDSTEIN
    Attorney for Defendant
ROBERT M. GOLDSTEIN

E649tzvs                    Sentence

(In open court; case called)

MR. DEVLIN-BROWN:  Good morning, your Honor.

Arlo Devlin-Brown for the government.  Joining me at counsel table is Special Agent Steve Cash with Immigration and Customs Enforcement.

THE COURT:  Good morning.

MR. GOLDSTEIN:  Good morning.  Robert Goldstein on behalf of Daniel Tzvetkoff who is with me at counsel table.

THE COURT:  Mr. Goldstein.

Okay.  Mr. Goldstein, have you and your client had the presentence report for the necessary period and both read it?

MR. GOLDSTEIN:  Yes, your Honor.

THE COURT:  It will be sealed and made available to counsel in the event of an appeal.

Are there any unresolved objections to the presentence report.

MR. GOLDSTEIN:  Not from the defendant's point of view.

MR. DEVLIN-BROWN:  No, your Honor.

THE COURT:  I adopt the presentence report and the guideline computation and range it contains.

The government has a motion, I believe.

MR. DEVLIN-BROWN:  Yes, your Honor.  We would move at this time under Rule 5K1.1 for the reasons set forth in the government's letter dated May 20, 2014.

E649tzvs                          Sentence

THE COURT:  Motion is granted.

I have, of course, the government's May 20 letter.  I have the presence report.  I have the defendant's sentencing memorandum and a supplemental sentencing memorandum and the attachments to them.

Since they're loose, I'll note also I have letters from Tim and Julie Tzvetkoff and Karen Anne Crisp.  I think they may be attached somewhere else.  But, is there anything else of which I ought to be aware?

MR. DEVLIN-BROWN:  No, your Honor.

MR. GOLDSTEIN:  No, your Honor.

THE COURT:  I'll tell you frankly I'm inclined to follow the recommendation of the probation department so unless somebody wants to talk me out of it, you might bear that in mind.

Mr. Goldstein.

MR. GOLDSTEIN:  Nothing from the defense, your Honor.

THE COURT:  Mr. Tzvetkoff anything you'd care to say?

THE DEFENDANT:  No, your Honor.

THE COURT:  Mr. Devlin-Brown -- I'm sorry.  Did you want to say something?

THE DEFENDANT:  No, your Honor.

MR. GOLDSTEIN:  I just told him to stand up.

THE COURT:  All right.  And you did that very well.

Mr. Devlin-Brown.

E649tzvs                    Sentence

MR. DEVLIN-BROWN:  No, your Honor.  Only one addition in that we would request on consent that the Court orally order forfeiture in the amount of $13 million.  We'll be submitting on consent a proposed order to achieve that.  The reason it's not available right now is because the proposed forfeiture and an order would have offsets for certain bank accounts that have been seized, the specific totals that we're still calculating.

THE COURT:  Any objection, Mr. Goldstein?

MR. GOLDSTEIN:  No objection, your Honor.

THE COURT:  Thank you.

The defendant will rise for the imposition of sentence.

It is the judgment of this Court that you be committed to the custody of the Attorney General of the United States or his designee for a term of imprisonment of time served; that you forfeit to the United States the sum of $13 million; and that you pay the mandatory special assessment of $200.

I advise you that you have the right to appeal from the judgment imposing this sentence.  If you wish to appeal, you must file a written notice of appeal not later than 14 days after the date on which judgment is entered which could be as soon as today.  If you wish to appeal and you can't afford to pay the fees necessary to do so, you have the right to apply for permission to appeal as a poor person.  If that application were granted you'd be permitted to appeal without payment of

E649tzvs                    Sentence

the fees.  And if you could not afford a lawyer, a lawyer would be appointed for you at government expense.

You may be seated.

THE DEFENDANT:  Thank you, your Honor.

THE COURT:  Is there anything further counsel?

MR. DEVLIN-BROWN:  We would move at this time to dismiss the open counts, your Honor.

THE COURT:  Motion is granted.

MR. GOLDSTEIN:  Nothing further from the defense.

THE COURT:  Thank you, folks.

(Adjourned)